# First District Court of Appeal
## State of Florida

_____

No. 1D18-2461

_____

Joshua Troy Dooly,

   Appellant,

v.

State of Florida,

   Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

May 6, 2019

Per Curiam.

   Affirmed.

Rowe, Jay, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant; Joshua Troy Dooly, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.